AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TIARA P.

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| FRANK BISIGNANO, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| *Defendant* | ) |

Civil Action No.   2:25-CV-00369-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Pursuant to the Court Order at ECF No. 20, Plaintiff's motion to remand, ECF No. 14, is GRANTED, and Defendant's motion to affirm, ECF No. 19, is DENIED.
The Commissioner's final decision is REVERSED, and this case is REMANDED to the Commissioner for additional proceedings.
Judgment for Plaintiff is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Alexander C. Ekstrom.

Date:  6/15/2026

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*